

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00028-CR

**GEORGE RILEY WILLIAMS, JR.,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 14-00978-CRF-272

## MEMORANDUM OPINION

George Riley Williams, Jr. attempts to appeal from his conviction entered in the 272nd District Court in Brazos County on November 13, 2014. The certificate of right to appeal indicates that Williams waived his right to appeal. TEX. R. APP. P. 25.2(d) Accordingly, the appeal is dismissed.[1]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 19, 2015
Do not publish
[CRPM]



---

within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. *See* TEX. R. APP. P. 68.2 (a).